1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
   5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:   (916) 447-8600
4  Fax:            (916) 930-6482
5  Email:        david.fischer@fischerlawoffice.com

6  Attorney for Defendant
7  ARNES KRAJINIC

8              **UNITED STATES DISTRICT COURT FOR THE**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,          Case No.:  2:23-CR-00074-DJC

12              Plaintiff,             STIPULATION REGARDING
                   v.                  EXCLUDABLE TIME PERIODS
13                                     UNDER SPEEDY TRIAL ACT;
14 ARNES KRAJINIC,                     FINDINGS AND ORDER

15              Defendant.             DATE:    August 31, 2023
16                                     TIME:     9:00 a.m.
                                       COURT:  Hon. Daniel J. Calabretta
17

18                           **STIPULATION**

19        Plaintiff United States of America, by and through its counsel of record, and

20 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

21        1. By previous order, this matter was set for status conference on August 31, 2023.

22        2. By this stipulation, the parties move to continue the status conference until

23 October 5, 2023, and to exclude time through October 5, 2023, under Local Code T4.

24        3. The parties agree and stipulate, and request that the Court find the following:

25        a) The government has represented that the discovery associated with this case

26 includes search warrants, photographs, audio recordings, and video recordings. This

27 discovery has been either produced directly to counsel and/or made available for

28 inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT
                              - 1 -

1    b) Counsel for defendant desires additional time to consult with his client

2 regarding discovery and otherwise prepare for trial.

3    c) Counsel for defendant believes that failure to grant the above-requested

4 continuance would deny him the reasonable time necessary for effective preparation,

5 taking into account the exercise of due diligence.

6    d) The government does not object to the continuance.

7    e) Based on the above-stated findings, the ends of justice served by continuing the

8 case as requested outweigh the interest of the public and the defendant in a trial within

9 the original date prescribed by the Speedy Trial Act.

10    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

11 3161, et seq., within which trial must commence, the time period of August 31, 2023 to

12 October 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

13 B(iv) [Local Code T4] because it results from a continuance granted by the Court at

14 defendant's request on the basis of the Court's finding that the ends of justice served by

15 taking such action outweigh the best interest of the public and the defendant in a speedy

16 trial.

17    4. Nothing in this stipulation and order shall preclude a finding that other

18 provisions of the Speedy Trial Act dictate that additional time periods are excludable

19 from the period within which a trial must commence.

20    **IT IS SO STIPULATED.**

21    Dated:  August 30, 2023              */s/ David D. Fischer*
                                          DAVID D. FISCHER
22                                        Attorney for Defendant
                                          ARNES KRAJINIC
23

24                                        PHILLIP A. TALBERT
                                          US ATTORNEY
25

26    Dated: August 30, 2023              */s/ Emily Sauvageau*
                                          EMILY SAUVAGEAU
27                                        Assistant United States Attorney
28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

- 3 -

1

2

**ORDER**

3       IT IS SO FOUND AND ORDERED this 30th day of August, 2023.

4

5                                          /s/ Daniel J. Calabretta
                                          _____
                                          THE HONORABLE DANIEL J. CALABRETTA
6                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT