DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Fax:             (916) 930-6482
Email:          david.fischer@fischerlawoffice.com

Attorney for Defendant
ARNES KRAJINIC

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ARNES KRAJINIC,<br><br>Defendant. | Case No.: 2:23-CR-00074-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   October 26, 2023<br>TIME:   9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 26, 2023.

2. By this stipulation, the parties move to continue the status conference until November 2, 2023, at 9:00 a.m., and to exclude time through November 2, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes search warrants, photographs, audio recordings, and video recordings. This

discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b) Counsel for defendant desires additional time to consult with his client regarding discovery and otherwise prepare for trial.

     c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d) The government does not object to the continuance.

     e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 26, 2023, to November 2, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  October 23, 2023           */s/ David D. Fischer*
                                              DAVID D. FISCHER
                                              Attorney for Defendant
                                              ARNES KRAJINIC

| | |
|---|---|
| | PHILLIP A. TALBERT |
| | US ATTORNEY |
| Dated: October 23, 2023 | */s/ Emily Sauvageau* |
| | EMILY SAUVAGEAU |
| | Assistant United States Attorney |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of October, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE