DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Fax:              (916) 930-6482
Email:         david.fischer@fischerlawoffice.com

Attorney for Defendant
ARNES KRAJINIC

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ARNES KRAJINIC,<br><br>Defendant. | Case No.: 2:23-CR-00074-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:    February 15, 2024<br>TIME:    9:00 a.m.<br>COURT:  Hon. Daniel J. Calabretta |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 4, 2024.

2. By this stipulation, the parties move to continue the status conference until February 15, 2024, at 9:00 a.m., and to exclude time through February 15, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes search warrants, photographs, audio recordings, and video recordings. This

1  discovery has been either produced directly to counsel and/or made available for
2  inspection and copying.
3      b) Counsel for defendant desires additional time to consult with his client
4  regarding discovery and otherwise prepare for trial.
5      c) Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny him the reasonable time necessary for effective preparation,
7  taking into account the exercise of due diligence.
8      d) The government does not object to the continuance.
9      e) Based on the above-stated findings, the ends of justice served by continuing the
10  case as requested outweigh the interest of the public and the defendant in a trial within
11  the original date prescribed by the Speedy Trial Act.
12      f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
13  3161, et seq., within which trial must commence, the time period of January 4, 2024 to
14  February 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 161(h)(7)(A),
15  B(iv) [Local Code T4] because it results from a continuance granted by the Court at
16  defendant's request on the basis of the Court's finding that the ends of justice served by
17  taking such action outweigh the best interest of the public and the defendant in a speedy
18  trial.
19      4. Nothing in this stipulation and order shall preclude a finding that other
20  provisions of the Speedy Trial Act dictate that additional time periods are excludable
21  from the period within which a trial must commence.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: December 29, 2023 | | /s/ David D. Fischer |
| | | DAVID D. FISCHER |
| | | Attorney for Defendant |
| | | ARNES KRAJINIC |

PHILLIP A. TALBERT
US ATTORNEY

Dated: December 29, 2023             /s/ Alexis Klein
                                     ALEXIS KLEIN
                                     Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of January, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE