DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
ARNES KRAJINIC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00074 DJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SEAL** |
| ARNES KRAJINIC, | |
| Defendant. | |

Defendant ARNES KRAJINIC's Unopposed Motion to Seal filed December 12, 2024, is granted.

IT IS SO ORDERED this 12th day of December, 2024.


Dated:  December 12, 2024            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE